No. 663. JOHN B. MCPHERSON, JUDGE, ETC., PETITIONER,

*v.* AMERICAN SODA FOUNTAIN COMPANY. May 29, 1905. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. G. Henderson* for petitioner. No appearance for respondent.